## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

David A. Jerri,

                                                    *Debtor*.

Case No. 24-11181-amc
Chapter 13

### Motion to Sell Real Property

Debtor David A. Jerri, through his attorney, hereby moves this Court for the entry of an order approving the sale of real property. In support of this Motion, the Debtor states as follows:

1. This case was filed under chapter 13 on April 8, 2024, and the plan was confirmed on January 29, 2025.

2. The Debtor holds an interest in real property located at 400 Louise Ave. in the Township of Bristol, County of Bucks, and State of Pennsylvania (the "Property").

3. The Debtor has received an offer from Djenan G. Augustin to purchase the Property for the sum of $335,000.00, pursuant to a sale agreement dated July 2, 2025, which is attached as Exhibit A.

4. The sale is in the best interests of the bankruptcy estate and its creditors because it will provide for payment to creditors through the confirmed plan.

5. The Debtor seeks approval to sell the Property under the terms of the sale agreement pursuant to 11 U.S.C. §§ 363(b) and 1303, and requests that the fourteen-day stay under Fed. R. Bankr. P. 6004(h) be waived.

For those reasons, the Court must enter relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: July 10, 2025

**SADEK LAW OFFICES, LLC**
*Attorney for Debtor*

By: /s/ Brad J. Sadek
    Brad J. Sadek
    1500 JFK Boulevard, Suite 220
    Philadelphia, PA 19102
    215-545-0008
    brad@sadeklaw.com