# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| David A. Jerri, ) | Case No. 24-11181-amc |
| ) | |
| Debtor. ) | |
| ) | Chapter 13 |
| ) | |

## LIMITED RESPONSE TO DEBTOR'S MOTION TO SELL PROPERTY UNDER SECTION 363(B), RULE 3004

**COMES NOW,** U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor"), by and through its undersigned attorney, hereby files its Limited Response to Debtor's Motion to Sell Property Under Section 363(b), Rule 3004 (Real Estate Situate at 400 Louise Avenue, Croydon, PA 19021 ("Response") (Doc. No. 58), and in support thereof states as follows:

1. David A. Jerri ("Debtor") filed the instant Chapter 13 Petition on April 8, 2024 (the "Petition Date").

2. Secured Creditor holds a first lien on the subject real property located at 400 Louise Avenue, Croydon, PA 19021 (the "Property").

3. On July 10, 2025, Debtor filed a Motion for Sale of Property Free and Clear of Liens (Real Estate Situate at 400 Louise Avenue, Croydon, PA 19021) in the amount of $335,000.00.

4. The estimated payoff of Secured Creditor's lien is $195,140.95 as of July 18, 2025. To obtain a formal payoff for closing the Debtor should contact the servicer, SELENE - Selene Finance LP at 1-877-875-3637 near the scheduled closing of the sale.

5. Secured Creditor does not object to the Debtor's Motion to the extent that any sale is legally permissible and is subject to Secured Creditor's lien, and that Secured Creditor's lien will be paid in full at the closing of said sale based upon an up-to-date payoff quote.

6. Further, Secured Creditor requests that failure to complete any sale within 90 days of entry of this Order will result in any Order authorizing the sale to be deemed moot.

7. Secured Creditor reserves the right to supplement this response at or prior to any hearing on this matter.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order in compliance with the above conditions and for such other and further relief as the Court deems just and proper.

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Facsimile: 561-997-6909

By: /s/Sherri R. Dicks
Sherri R. Dicks, Esquire
PA Bar No. 90600
Email: sdicks@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| David A. Jerri, | ) Case No. 24-11181-amc |
| | ) |
| Debtor. | ) |
| | ) Chapter 13 |
| | ) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 31, 2025, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, and true and correct copies were served via First Class Mail, postage prepaid, to the following parties:

**David A. Jerri**
400 Louise Avenue
Croydon, PA 19021

Via Electronic Mail:
**BRAD J. SADEK**
Sadek Law Offices, LLC
1500 JFK Boulevard, Ste. 220
Philadelphia, PA 19102


**KENNETH E. WEST**
Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

**FREDERIC J. BAKER**
Assistant United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

                                                **/s/ Stephanie Thomas**
                                                Stephanie Thomas